IN THE FEDERAL DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

Spirit of Pennsylvania Dinner Charters, Inc.
333 N. Front Street
Philadelphia, PA 19106                                  :  Case No.
                                                        :
                                                        :
v.                                                      :
                                                        :
Riverfront Development Corporation of Delaware          :
815 Justison Street                                     :
Wilmington, DE 19801                                    :

COMPLAINT

Introduction

This is an action for a breach of a mortgage and note given by Plaintiff to Defendant for the sale of a ship.

Venue

Venue is proper under 28 U.S.C. §1391. Jurisdiction is founded in diversity between Plaintiff, a citizen of Pennsylvania, and Defendant Riverfront Development Corporation of Delaware, and is thus proper under 28 U.S.C. §1332. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

Parties

    1.     Plaintiff is a Pennsylvania Corporation located at the above-referenced address.

    2.     Defendant is a Delaware Corporation located at the above-referenced address.

    3.     On or about May 11, 2016, the parties entered into a contract for the sale of a ship, the Riverboat Queen, Hull No. SGU01508D888, whereby Plaintiff would sell the ship to Defendant under a Preferred Ship Mortgage, which is attached hereto as Exhibit "A," for the sum of $200,000, together with an additional $50,000.

    4.     A copy of the official U.S. Coast Guard Bill of Sale is attached hereto as Exhibit "B."

    5.     At the same time, the Defendant signed a Promissory Note in Plaintiff's favor in the same amount. See Exhibit "C."

6. A breach had occurred in the non-payment by Defendant to Plaintiff on or about December 26, 2017; see Notice of Default. See Exhibit "D."

7. Pursuant to the Note, the entire balance due under the agreement was therefore due and owing as of December 26, 2017, said total being $133,684.07.

8. Pursuant to the Note, the costs of suit and reasonable attorney's fees, and any other damages allowed by law are chargeable to the Defendant and shall be determined at the end of this case.

9. The Defendant is not entitled to any set-off, credit, or a discount.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of $75,000.

Respectfully submitted,

/s/ Gary S. Nitsche

GARY S. NITSCHE, P.A.
Delaware Bar ID#002617
305 N. Union Street
Wilmington, DE 19805

May 8, 2018