**EXHIBIT "B"**

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Coast Guard**
**BILL OF SALE**

OMB No: 1625-0027
Expires: 06/30/2016

| 1. VESSEL NAME | 2. OFFICIAL NUMBER OR HULL ID NUMBER |
|---|---|
| RIVERBOAT QUEEN | SGU01508D888 |

**3. NAME(S) AND ADDRESS(ES) OF SELLERS**

Spirit of Pennsylvania Dinner Charters, Inc.
℅ Alfred Krawitz, President
333 N. Front Street
Philadelphia, PA 19106

**3A. TOTAL INTEREST OWNED** (IF LESS THAN 100%): 100 %

**4. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH**

Riverfront Development Corporation of Delaware
℅ Executive Director
815 Justison Street
Wilmington, DE 19801

**4A. TOTAL INTEREST TRANSFERRED** (100% UNLESS OTHERWISE SPECIFIED): 100 %

**4B. MANNER OF OWNERSHIP.** UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST. CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP     ☐ TENANCY BY THE ENTIRETIES     ☐ COMMUNITY PROPERTY
☐ OTHER (DESCRIBE)

**5. CONSIDERATION RECEIVED** (ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)

$250,000.00

**6.** I (WE) DO HEREBY SELL TO THE BUYER(S) NAMED ABOVE, THE RIGHT, TITLE AND INTEREST IDENTIFIED IN BLOCK 4 OF THIS BILL OF SALE, IN THE PROPORTION SPECIFIED HEREIN.

VESSEL IS SOLD FREE AND CLEAR OF ALL LIENS, MORTGAGES, AND OTHER ENCUMBRANCES OF ANY KIND AND NATURE, EXCEPT AS STATED ON THE REVERSE HEREOF. VESSEL IS SOLD TOGETHER WITH AN EQUAL INTEREST IN THE MASTS, BOWSPRIT, SAILS, BOATS, ANCHORS, CABLES, TACKLE, FURNITURE, AND ALL OTHER NECESSARIES THERETO APPERTAINING AND BELONGING, EXCEPT AS STATED ON THE REVERSE HEREOF.

| 7. SIGNATURES OF SELLER(S) OR PERSON(S) SIGNING ON BEHALF OF SELLER(S). | 8. DATE SIGNED |
|---|---|
| [signature] | 5/11/16 |

**9. NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED** (E.G., OWNER, AGENT, TRUSTEE, EXECUTOR)

Alfred Krawitz, President, Spirit of Pennsylvania Dinner Charters, Inc.

**10. ACKNOWLEDGMENT** (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OF A STATE OR THE UNITED STATES TO TAKE OATH.)

ON May 11, 2016 (DATE) THE PERSON(S) NAMED IN SECTION 9     STATE: DE     COUNTY: New Castle
ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

**KAREN BOYD**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires August 23, 2017

NOTARY PUBLIC: [signature] Karen Boyd
MY COMMISSION EXPIRES: _____ (DATE)