EXHIBIT "D"

Spirit of Pennsylvania Dinner Charters, Inc.
333 N. Front St.
Philadelphia, PA 19106
(267) 784-7771

**NOTICE OF DEFAULT OF PREFERRED SHIP MORTGAGE**

KNOW ALL MEN BY THIS INSTRUMENT AS EVIDENCED HEREUNDER:

 A Default Notice is hereby duly given to the Riverfront Development Corporation of Delaware (hereinafter referred to as "shipowner"), 815 Justison Street, Wilmington, DE 19801, with respect to the vessel M/V Riverboat Queen, Hull No. SGU01508D888.

 A Breach of Contract in the nature of a failure to render agreed periodic payments as per the Preferred Mortgage executed May 11, 2016, has occurred for a period greater than five (5) days. Pursuant to this declared Default Notice, the entire sum of the outstanding balance due under said Agreement is due and owing, together with interest, costs, reasonable attorney's fees, and any other damages allowed by law. Said balance shall be forwarded immediately, as per the Agreement.

_____
ALFRED KRAWITZ

Spirit of Pennsylvania Dinner Charters, Inc.

December 26, 2017

VIA FAX TO 302-656-2769 (Michael C. Hockman, Esquire) and by Certified and Regular Mail.