# EXHIBIT B



**WILMINGTON TUG, INC.**

26 September 2017

Yvette Buckner-Rouse
Promotion & Event Manger
Riverfront Development Corporation
Chase Center on the Riverfront
815 Justison Street
Wilmington, Delaware 19801

Yvette,

RE: Riverboat Queen Capital costs

The following items were replaced on the Riverboat Queen to meet Coast Guard requirements and/or make vessel seaworthy and reliable for commercial use.

| | | |
|---|---|---|
| Stern drives | $65,500 | Old drives beyond service life due to corrosion, mechanical wear; replaced. |
| HVAC | 18,848 | Replace window unit due to poor performance and installation. |
| Bilge Pumps | 6,415 | Replace pumps and install alarms to meet Coast Guard requirements. |

Total Capital items $90,763

Let me know if you need anything else.

Thank you,

*Bill Martin*

Bill Martin
Wilmington Tug, Inc
Office 302 426 1666
Cell    302 420 7636

P.O. Box 389
New Castle, Delaware 19720
Phone (302) 652-1666
Fax (302) 652-1672
www.wilmingtontug.com











