# EXHIBIT E

**MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.**
ATTORNEYS AT LAW
1201 NORTH ORANGE STREET
SUITE 400
WILMINGTON, DE 19801-1155

(302) 656-8162
FACSIMILE: (302) 656-2769

WWW.MONLAW.COM

MELVYN I. MONZACK
RACHEL B. MERSKY
BRIAN J. MCLAUGHLIN
MARY ELIZABETH M. BROWDER
MICHAEL C. HOCHMAN

January 12, 2018

**FOR SETTLEMENT PURPOSES ONLY**

**VIA FEDEX (8120 1018 6748)**

Alfred Krawitz, President
Spirit of Pennsylvania Dinner Charters, Inc.
333 N. Front Street
Philadelphia, PA 19106

Re:   **Riverboat Queen**

Dear Mr. Krawitz:

We are in receipt of the purported "Notice of Default" that you faxed to our office on December 30, 2017, referencing the May 11, 2016 Preferred Mortgage executed in conjunction with the March 30, 2016 purchase agreement for the Riverboat Queen between our client, Riverfront Development Corporation of Delaware ("RDC" or "Purchaser") and Spirit of Pennsylvania Dinner Charters, Inc. ("Spirit of Pennsylvania" or "Seller"). As you are aware, as part of that transaction, the RDC provided a promissory note in conjunction with the purchase of the vessel.

As referenced in our September 27, 2017 letter to your attorney, William M. Labkoff, Esquire (courtesy copy enclosed), since that time, the Riverboat Queen required substantial repair work related to the seaworthiness of the vessel, including, but not limited to, the stern drives, the bilge pumps, and the heating ventilation and air conditioning (HVAC) system. Also as noted in our letter, in order to pass the United States Coast Guard inspection, the RDC was required to repair the aforementioned failures, which have existed since the RDC purchased the Riverboat Queen. Wilmington Tug, Inc. performed the necessary repairs at a total cost of $90,763.

{00190485.DOCX}

MONZACK MERSKY MCLAUGHLIN AND BROWDER
PROFESSIONAL ASSOCIATION

Alfred Krawitz
January 12, 2018
Page 2 of 2

      As such, Seller's representations and warranties impacting the ownership and operation of the Riverboat Queen were implicated. In light of this essential repair work performed to receive certification from the United States Coast Guard, the RDC exercised its right in the Note to setoff against amounts otherwise due. Accordingly, there has been no default as alleged in your recent correspondence.

      In our September letter to your counsel, and as reflected in the RDC's subsequent November 29, 2017 letter to Mr. Labkoff (courtesy copy enclosed), the RDC agreed in lieu of the immediate setoff the Note provides for, to spread out the setoff by reducing the principal amount and has been making adjusted monthly payments of $1,570.33. Please advise if you prefer that the RDC exercise an immediate setoff as provided for in the Note.

      Very truly yours,

*Michael C. Hochman*

Michael C. Hochman
Monzack Mersky McLaughlin and Browder, P.A.

Enclosures

Cc:   William M. Labkoff, Esquire
       Riverfront Development Corporation of Delaware

{00190485.DOCX}

# FedEx Express US Airbill

**Sender's Copy**

FedEx Tracking Number: 8120 1018 6748

## 1 From
- **Date:** 1/12/2018
- **Sender's Name:** MCM
- **Phone:** (302) 656-8162
- **Company:** MONZACK MERSKY MCLAUGHLIN ETAL
- **Address:** 1201 N ORANGE ST STE 400
- **City:** WILMINGTON **State:** DE **ZIP:** 19801-1167

## 2 Your Internal Billing Reference
2416-238

## 3 To
- **Recipient's Name:** Alfred Krawitz
- **Company:** Spirit of Pennsylvania Dinner Charters
- **Address:** 333 N. Front St.
- **City:** Philadelphia **State:** PA **ZIP:** 19106

0128416091

## 4 Express Package Service
Form ID No: 0215
- [X] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 5 Packaging
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options
- [ ] Saturday Delivery
- [ ] No Signature Required
- [X] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7 Payment Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: 1  Total Weight:  Total Declared Value: $

**Deliveries when and where you want.**
Learn about FedEx Delivery Manager at fedex.com/delivery



$ 001.40⁰
PITNEY BOWES
JAN 12 2018
02 1P
0000233891
MAILED FROM ZIP CODE 19801



UNITED WE STAND

Monzack Mersky McLaughlin and Browder
Professional Association
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155

**TO:** William M. Labkoff, Esq.
Attorney At Law
Two Penn Center, Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102





Monzack Mersky McLaughlin and Browder
Professional Association
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155

TO: Megan McGlinchey
Executive Director
Riverfront Development Corporation of Delaware
815 Justison Street
Wilmington, DE 19801